UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PORTIA MCCOLLUM,<br><br>    Plaintiff,<br><br> -against-<br><br>FABRIZIO FREDA et al.,<br><br>    Defendants. | 24-cv-716 (AS)<br><br>ORDER |
| HUGUES GERVAT,<br><br>    Plaintiff,<br><br> -against-<br><br>FABRIZIO FREDA et al.,<br><br>    Defendants. | 24-cv-1983 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Case No. 24-cv-1983 has been assigned to this Court and marked as related to Case No. 24-cv-716. Plaintiff in 24-cv-716 previously told the Court that she had been conferring with Defendants and planned to take some action (such as requesting a stay) soon, in light of the case's relationship to yet another case, Case No. 23-cv-10669. Plaintiffs in both of the captioned cases should confer with each other as well as Defendants, and any proposed course of action should be in a joint letter explaining how to coordinate the proceedings in these various cases.

  SO ORDERED.

Dated: March 20, 2024
   New York, New York

                      ARUN SUBRAMANIAN
                      United States District Judge